UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DANIEL SWARTOUT,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | CASE NUMBER: 1:20-cv-01424-GSA<br><br>**ORDER DIRECTING FILING OF CONSENT FORM** |

Pursuant to docket entry 5, the consent/decline form was due January 14, 2021. Accordingly, Plaintiff is directed to complete and file the consent/decline form (Doc. 5-2) within 20 days of the entry of this order.

IT IS SO ORDERED.

Dated: __April 12, 2021__           __/s/ Gary S. Austin__
                                     UNITED STATES MAGISTRATE JUDGE

1