UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARK DANIEL SWARTOUT,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No.  1:20-cv-01424-GSA<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(Doc. 32) |

    This stipulation is intended to replace the Motion for Attorney Fees Plaintiff filed on May 9, 2022.

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount $6,650.00 (SIX THOUSAND SIX HUNDRED AND FIFTY dollars) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of $400.00 (FOUR HUNDRED dollars) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel, if any.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor any assignment will depend on whether the fees are subject to any offset allowed under the United

States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, **Olinsky Law Group**, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to counsel, **Olinsky Law Group**.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel and/or counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

                                                  Respectfully submitted,

DATE: May 17, 2022                */s/ Stuart Barasch*
                                        STUART BARASCH
                                        Attorney for Plaintiff
                                        (as approved via email)

                                        PHILLIP A. TALBERT
                                        United States Attorney

DATE: May 17, 2022        By   *s/ Jennifer A. Kenney*
                                        JENNIFER A. KENNEY
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

IT IS SO ORDERED.

Dated: **May 17, 2022**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE